# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2024-0989
_____

JOEL R DAVILA,

Appellant,

v.

RAAC,

Appellee.

_____

On appeal from an order of the Reemployment Assistance
Appeals Commission.
Charles T. Faircloth, Jr., Chairman.

September 24, 2024

PER CURIAM.

DISMISSED.

ROBERTS, RAY, and TANENBAUM, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Joel R Davila, pro se, Appellant.

No appearance for Appellee.